IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-60279
Conference Calendar

_____


PATRICK L. HIGGINS, SR.,

                                        Plaintiff-Appellant,

versus

STATE OF MISSISSIPPI; STEVE W. PUCKETT,

                                        Defendants,

STEVE W. PUCKETT,

                                        Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:96cv46OLN
- - - - - - - - - -
December 10, 1997
Before BARKSDALE, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:[*]

     Patrick J. Higgins, Sr., Mississippi prisoner # 53197,
appeals the district court's dismissal of his 42 U.S.C. § 1983
action.  Higgins argues that the assessment of fees for
nonemergency medical services pursuant to Miss. Code Ann. § 47-5-
179 (West Supp. 1996) violates his rights under the Ex Post Facto
Clause of the United States Constitution.  Because neither the

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

assessment of medical fees nor the nonpayment of the medical fees would affect the length of Higgins' confinement, Higgins has not shown that the application of the new statute violated his rights under the Ex Post Facto Clause.  See Lynce v. Mathis, 117 S. Ct. 891, 896 (1997)(a law violates the Ex Post Facto Clause if it is retrospective and disadvantages the offender by altering the definition of criminal conduct or by increasing punishment for offense).

AFFIRMED.